JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-303 JVS (RNBx) | Date | March 1, 2012 |
| Title | U.S. Bank National Association v. Loera | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **Order Remanding Action to the Superior Court of the State of California for the County of Orange**

On February 27, 2012, Jorge Loera ("Loera")removed this case from the Superior Court of the State of California for the County of Orange. (Docket No. 1.) He removed this action on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (Notice of Removal, p.2.)

The Court assumes that there is complete diversity among the parties. However, the statute also requires a minimum amount in controversy of $75,000. 28 U.S.C. § 1332(a). Although Loera pleads the minimum, it is apparent that the amount is no more than $10,000.

The underlying unlawful detainer complaint was brought in limited jurisdiction, and expressly states that the demand is for less than $10,000. (Complaint for Unlawful Detainer, p. 1.) Loera may not contradict the express terms of the documents which he attaches to his Notice of Removal.

The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

Initials of Preparer    kjt